# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SYLVIA ECHEBARRIA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 11 CV 07591 |
| vs. ) | |
| ) | Honorable Charles R. Norgle |
| LABOR TEMPS II, LLC, ) | |
| ) | |
| *Defendant.* ) | |

## STIPULATION OF DISMISSAL

Plaintiff Sylvia Echebarria, by and through her undersigned counsel of record, and as stipulated and agreed to by Defendant Labor Temps II, LLC, by and through its undersigned counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), voluntarily dismisses the above-captioned matter with prejudice, each party to bare her/its own costs and attorneys' fees.

/S Brian J. Hipp_____     S/ Sherri Thornton Pierce____
For Sylvia Echebarria          For Labor Temps II, LLC

Brian J. Hipp                  Cary E. Donham
Hipp Law Office                Jack Hagerty
1026 Prairie St.               Sherri Thornton Pierce
Aurora, IL 60506               SHEFSKY & FROELICH LTD.
(630) 844-1234                 111 East Wacker Drive, Suite 2800
(630) 859-0205 (facsimile)     Chicago, IL 60601
                               (312) 527-4000

May 15, 2013